UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRYPLATSKY,<br><br>Plaintiff,<br><br>-against-<br><br>UNKNOWN SUPERMARKET MANAGER 1; UNKNOWN SUPERMARKET MANAGER 2; KASH PATEL; COMMISSIONER JESSICA TISCH; COMMISSIONER MOLLY PARK.,<br><br>Defendants. | 25 CIVIL 008329 (GBD)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the, August 3, 2026, Order, this Court dismisses the above-captioned action. This Court dismisses Plaintiffs claims under federal law for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). This Court declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367( c )(3). This Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 5, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge